Diana Cline Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC4,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; MONTAGNE MARRON COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br><br>ALL RELATED CLAIMS. | Case No. 2:15-cv-02062-RFB-CWH<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br>**(First Request)** |

Plaintiff U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC4 ("U.S. BANK")., Defendant MONTAGNE MARRON COMMUNITY ASSOCIATION ("Association"), ALESSI & KOENIG, LLC ("Alessi") and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel, hereby agree and stipulate as follows:

- 1 -

IT IS HEREBY AGREED AND STIPULATED, that the parties jointly request an Order staying all the proceedings in this case until the Ninth Circuit issues the mandate in *Bourne Valley Court Trust v. Wells Fargo Bank,* Case Number 2:13-cv-649-PMP-NJK.

The parties have good cause for requesting the stay due to the possible effect of resolving the claims or issues in this case before the Ninth Circuit issues the mandate in *Bourne Valley*. The parties' dispositive motion deadline is October 19, 2016, and believe a stay of the matter to be appropriate to conserve judicial resources. The parties have entered into the agreement in good faith and not for purposes of delay.

| | |
|---|---|
| Dated this 31st day of August, 2016.<br><br>**KIM GILBERT EBRON**<br><br>*/s/ Diana Cline Ebron*_____<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>Phone: (702) 485-3300<br>Fax:    (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC*<br><br>Dated this 31st day of August, 2016.<br><br>**BOYACK BECK & TAYLOR**<br><br>*/s/ Patrick Orme*____<br>Edward D. Boyack, Esq..<br>Nevada Bar No. 5229<br>Patrick Orme, Esq.<br>Nevada Bar No. 7853<br>401 N. Buffalo Dr., Suite 202<br>Las Vegas, Nevada 89145<br>Phone: (702) 562-3415<br>Fax:    (702) 562-3570<br>*Attorneys for Montagne Marron Community Association* | Dated this 31st day of August, 2016.<br><br>**BALLARD SPAHR, LLP**<br><br>*/s/ Justin A. Shiroff*____<br>JUSTIN A. SHIROFF, ESQ.<br>Nevada Bar No. 12869<br>100 North City Parkway, Suite 1750<br>Las Vegas, NV 89106-4617<br>Phone: (702) 868-7527<br>Fax:    (702) 471-7070<br>*Attorneys for U.S. Bank NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC4*<br><br>Dated this 31st day of August, 2016.<br><br>**ALESSI & KOENIG, LLC**<br><br> */s/ Steven T. Loizzi, Jr.*<br>Steven T. Loizzi, Jr., Esq.<br>Nevada Bar No. 10920<br>9500 West Flamingo Rd., Suite 205<br>Las Vegas, NV 89147<br>Phone: (702) 222-4033<br>Fax:    (702) 222-4043<br>*Attorneys for Alessi & Koenig, LLC* |

///

///

- 2 -

**ORDER**

IT IS SO ORDERED.

DATED this  2nd   day of      September        , 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

 */s/ Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -