Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for Plaintiff, U.S. Bank National Association, As Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-AC4*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC4,<br><br>  Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MONTAGNE MARRON COMMUNITY ASSOCIATION, a Nevada non-profit corporation.<br><br>  Defendant.<br><br>MONTAGNE MARRON COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>  Third-Party Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG, LLC, a Nevada limited liability company,<br><br>  Third-Party Defendant. | Case No. 2:15-cv-02062-RFB-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

DMWEST #16801650 v1

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

Counterclaimant,

vs.

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC4, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for SILVER STATE FINANCIAL SERVICES, a dissolved Nevada corporation,

Counterdefendants.

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant U.S. Bank National Association, As Trustee for Certificateholders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2005-AC4 ("U.S. Bank"), Defendant/Counterclaimant SFR Investment Pools 1, LLC ("SFR"); and Defendant Montagne Marron Community Association (the "Association") (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 10981 Ampus Place in Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on October 26, 2011, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20050318-0004447 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the

DMWEST #16801650 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

Complaint, Counterclaim, and Third Party Complaint, shall be DISMISSED with prejudice;

4. The Parties further stipulate and agree that the $500 in security costs posted by the Trustee on February 23, 2016 pursuant to this Court's Order [ECF No. 14] shall be discharged and released to the Ballard Spahr LLP Trust Account;

5. As Mortgage Electronic Registration Systems, as nominee beneficiary for Silver State Financial Services ("MERS") has neither appeared nor answered in this action, SFR voluntarily dismisses its claims against them pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. The Parties further stipulate and agree that the two Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20131104-0002880, and 20160316-0002742 be, and the same hereby are, EXPUNGED;

6. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder; and

(*Remainder of Page Intentionally Left Blank*)

3

DMWEST #16801650 v1

10. Each party in this case number 2:15-cv-02062-RFB-CWH shall bear its own attorneys' fees and costs.

Dated: December 10, 2018.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
    Abran E. Vigil, Esq.
    Nevada Bar No. 7548
    Justin A. Shiroff, Esq.
    Nevada Bar No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135-2958

*Attorneys for Plaintiff U.S. Bank*

KIM GILBERT EBRON

By: /s/ Jacqueline A. Gilbert
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

BOYACK ORME & ANTHONY

By: /s/ Patrick Orme
    Edward D. Boyack, Esq.
    Nevada Bar No. 5229
    Christopher B. Anthony, Esq.
    Nevada Bar No. 9748
    Patrick Orme, Esq.
    Nevada Bar No. 7853
    7432 W. Sahara Avenue, Suite 101
    Las Vegas, NV 89117

*Attorneys for Montagne Marron Community Association*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of December, 2018.

4

DMWEST #16801650 v1